Deanna Sue Montez (Brown) #147613
Name and Prisoner/Booking Number

Perryville unit San Carlos B-21-192
Place of Confinement

P.O. Box 3700
Mailing Address

Goodyear, Az, 85338
City, State, Zip Code

(Failure to notify the Court of your change of address may result in dismissal of this action.)

☒ FILED   ☐ LODGED
FEB 21 2024
CLERK U.S. DISTRICT COURT
DISTRICT OF ARIZONA

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

Deanna Sue Montez (Brown) #147613
(Full Name of Plaintiff)

Plaintiff,

v.

(1) Ryan F. Thornell, Et. al.
(Full Name of Defendant)
(2) NAph care,
(3) Provider Malcome,
(4) D.W. Jones,
(5) COIII Amador
Defendant(s).
☐ Check if there are additional Defendants and attach page 1-A listing them.

CASE NO. CV-24-362-PHX-MTL (ESW)
(To be supplied by the Clerk)

**CIVIL RIGHTS COMPLAINT
BY A PRISONER**

"Jury Trail Demanded"

☒ Original Complaint
☐ First Amended Complaint
☐ Second Amended Complaint

## A. JURISDICTION

1. This Court has jurisdiction over this action pursuant to:
   ☒ 28 U.S.C. § 1343(a); 42 U.S.C. § 1983
   ☐ 28 U.S.C. § 1331; *Bivens v. Six Unknown Federal Narcotics Agents*, 403 U.S. 388 (1971).
   ☐ Other: _____

2. Institution/city where violation occurred: Perryville / San Carlos unit

Revised 12/1/23

1

550/555

## B. DEFENDANTS

1. Name of first Defendant: __Ryan T. Thornell__. The first Defendant is employed as: __Ph.D. Director__ (Position and Title) at __Arizona Dept Corrections__ (Institution).

2. Name of second Defendant: __NAph Care__. The second Defendant is employed as: __Health Care__ (Position and Title) at __Arizona Dept Corrections__ (Institution).

3. Name of third Defendant: __Provider Malcome__. The third Defendant is employed as: __Provider__ (Position and Title) at __Perryville / San Carlos unit__ (Institution).

4. Name of fourth Defendant: __D. W. Jones__. The fourth Defendant is employed as: __Warden Depty__ (Position and Title) at __A.S.P.C Perryville unit San Carlos__ (Institution).

If you name more than four Defendants, answer the questions listed above for each additional Defendant on a separate page.

## C. PREVIOUS LAWSUITS

1. Have you filed any other lawsuits while you were a prisoner? ☒ Yes ☐ No

2. If yes, how many lawsuits have you filed? __3__. Describe the previous lawsuits:

   a. First prior lawsuit
      1. Parties: __Montez #147613__ v. __Paul Penzone et al.__
      2. Court and case number: __U.S. District Court 2:23-cv-02317-MTL-ESW__
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) ____

   b. Second prior lawsuit: __#147613__
      1. Parties: __Deanna S. Montez__ v. __Arizona Department of Corrections, Rehabilitation, and Reentry, et al.__
      2. Court and case number: __U.S. District Court CV-23-02318-PHX-MTL (ESW)__
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?)

   c. Third prior lawsuit:
      1. Parties: __Montez #147613__ v. __Unknown Parties et al__
      2. Court and case number: __U.S. District Court Case # 2:23-cv-02459-MTL-ESW__
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?)

If you filed more than three lawsuits, answer the questions listed above for each additional lawsuit on a separate page.

B. DEFENDANTS
Continued

5. Name of Fifth Defendant <u>COTTI AMADOR</u>
The Defendant is employed as —
WIPP Cordanator at A.S.P.C Perryville
Unit- San Carlos

2/A

## D. CAUSE OF ACTION

### COUNT I

1. State the constitutional or other federal civil right that was violated: __8th Amendment__

2. **Count I.** Identify the issue involved. Check **only one**. State additional issues in separate counts.
   - ☐ Basic necessities
   - ☐ Mail
   - ☐ Access to the court
   - ☒ Medical care
   - ☐ Disciplinary proceedings
   - ☐ Property
   - ☐ Exercise of religion
   - ☐ Retaliation
   - ☐ Excessive force by an officer
   - ☐ Threat to safety
   - ☐ Other: ____

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Count I. Describe exactly what each Defendant did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   Defendants Ryan F. Thornell, director of A.D.C.R.R. Perryville, — Health Care NAph Care — as well as Provider Malone of Perryville San Carlos Unit violated the 8th Amendment — which prohibits cruel and unusual punishment they are also in voilation to court orders. Defendentants do not provide a constitutionally adequate medical care or mental Health care —

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).
   Pain and suffering from my eyes not being properly diagnosed — mental and emotional trauma —

5. **Administrative Remedies:**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?  ☒ Yes  ☐ No
   b. Did you submit a request for administrative relief on Count I?  ☒ Yes  ☐ No
   c. Did you appeal your request for relief on Count I to the highest level?  ☒ Yes  ☐ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. ____

3

## COUNT II

1. State the constitutional or other federal civil right that was violated: __8th Amendment__

2. **Count II.** Identify the issue involved. Check **only one**. State additional issues in separate counts.
   - ☐ Basic necessities
   - ☐ Mail
   - ☐ Access to the court
   - ☐ Medical care
   - ☐ Disciplinary proceedings
   - ☐ Property
   - ☐ Exercise of religion
   - ☐ Retaliation
   - ☐ Excessive force by an officer
   - ☒ Threat to safety
   - ☐ Other: _____

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Count II. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   D.W. Jones - COII Amador - Insist on me obtaining employment in Complex Kitchen, even after a fall were I was hurt - Medical will not excuse me. Also refuses to properly treat me in a Clinically appropriate time frame - All are violating the 8th Amendment which prohibits cruel and unusual punishment. It's also a threat to my safety.

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).
   Experienced a bad fall 01/20/23 at work in Complex Kitchen due to my legs giving out. My legs can not handle that job -

5. **Administrative Remedies.**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?  ☒ Yes  ☐ No
   b. Did you submit a request for administrative relief on Count II?  ☒ Yes  ☐ No
   c. Did you appeal your request for relief on Count II to the highest level?  ☒ Yes  ☐ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _____

4

## E. REQUEST FOR RELIEF

State the relief you are seeking: 3 million Dollars for Pain Suffering - due to Carelessness of Provider Malcome - Would like Provider to loose license To Practice in the State of Arizona.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 02/21/2024
DATE

_Deanna J. Montez_
SIGNATURE OF PLAINTIFF

_____
(Name and title of paralegal, legal assistant, or other person who helped prepare this complaint)

_____
(Signature of attorney, if any)

_____
(Attorney's address & telephone number)

## ADDITIONAL PAGES

All questions must be answered concisely in the proper space on the form. If you need more space, you may attach no more than fifteen additional pages. But the form must be completely filled in to the extent applicable. If you attach additional pages, be sure to identify which section of the complaint is being continued and number all pages.